FILED

AUG 22 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>JUAN MANUEL FERNANDEZ,<br><br>Defendant-Appellant. | No.   15-35116<br><br>D.C. Nos.   2:14-cv-00267-WFN<br>2:12-cr-00125-WFN<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of Washington
Wm. Fremming Nielsen, District Judge, Presiding

Submitted August 16, 2016[**]

Before:    O'SCANNLAIN, LEAVY, and CLIFTON, Circuit Judges.

Juan Manuel Fernandez appeals from the district court's order denying his

28 U.S.C. § 2255 motion.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967),

Fernandez's counsel has filed a brief stating that there are no grounds for relief,

along with a motion to withdraw as counsel of record.  We have provided

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Fernandez the opportunity to file a pro se supplemental brief. No pro se

supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**